UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ROLANDO MONTES,

Defendant.

12-cr-445 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear for a conference regarding early termination of Mr. Montes's term of supervised release on Thursday, September 24, 2020 at 4:30 p.m. In light of the ongoing COVID-19 pandemic, the conference shall take place via Skype for Business videoconference. IT IS FURTHER ORDERD THAT no later than 5:00 p.m. on Tuesday, September 22, 2020, the parties shall jointly email to the Court a list of persons who anticipate speaking during the videoconference, including counsel, Mr. Montes, and Mr. Montes's supervising probation officer, along with the telephone number or email account that will be utilized by each person during the conference. Chambers will email the parties directly in due course with further instructions for accessing the videoconference.

Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    September 17, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation