UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ROLANDO MONTES,

                    Defendant.

12-cr-445 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As indicated in the Court's previous order (Doc. No. 821), a conference regarding early termination of Mr. Montes's term of supervised release is set to occur on Thursday, September 24, 2020 at 4:30 p.m.  Due to an afternoon conflict, the Skype for Business videoconference will now take place at 11:00 a.m. on Thursday, September 24, 2020.  Chambers will email the parties directly in due course with further instructions for accessing the videoconference.

Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:          September 21, 2020
                New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation